Richard A. CASTILE, Claimant–Appellant

v.

Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2014–7051.

United States Court of Appeals, Federal Circuit.

Feb. 18, 2015.

Kenneth M. Carpenter, Law Offices of Carpenter Chartered, Topeka, KS, for claimant-appellant.

Steven Michael Mager, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent-appellee. Also represented by Phyllis Jo Baunach, Stuart F. Delery, Robert E. Kirschman, Jr., Claudia Burke; David J. Barrans, Rachael Brant, Office of General Counsel, Department of Veterans Affairs, Washington, DC.

NEWMAN, LOURIE, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**